IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2009 MAR 11  A 10: 08

| | |
|---|---|
| Debbie Raymond, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:08-974-SB |
| v. ) | |
| ) | |
| Michael J. Astrue, Commissioner ) | **ORDER** |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's action for judicial review, pursuant to Section 205(g) of the Social Security Act, as amended (42 U.S.C. § 405(g)), of a final decision of the Commissioner of Social Security, which denied the Plaintiff's claim for disability insurance benefits. The record includes a report and recommendation ("R&R") of a United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a). In the R&R, filed on February 18, 2009, the Magistrate Judge recommends that the Commissioner's decision be reversed pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3), and that the case be remanded to the Commissioner for consideration of the new evidence, a proper determination of the Plaintiff's residual functional capacity, and continuation of the sequential evaluation process if necessary. In a notice filed on February 25, 2009, the Defendant informed the Court that he will not file objections to the R&R. Likewise, the Court has not received any objections from the Plaintiff.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal

conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, because no objections were filed, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of the Court, and it is

**ORDERED** that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further action as set forth in the R&R.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

March 10, 2009
Charleston, South Carolina